**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 228 MAL 2018

                Respondent   :

                        :   Petition for Allowance of Appeal from
                        :   the Order of the Superior Court

             v.               :

                        :

JESUS VAZQUEZ,            :

                        :

               Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 17th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.